# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BAXTER BAILEY AND ASSOCIATES, INC., a Mississippi corporation,<br><br>Plaintiff,<br><br>v.<br><br>NIAGARA BOTTLING LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY CLAIMS | Case No. 2:24-cv-02394-AB-BFM<br><br>**ORDER RE CONFIDENTIAL PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' stipulated for entry of the Confidential Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: <u>December 15, 2025</u>

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE